

Attorneys at Law
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107

October 30, 2020

<u>Via ECF</u>
Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Jeffers v. Art Students League of New York Inc. et al.,**
20-cv-07748 (LGS)

Your Honor:

This office represents Plaintiff Arthur Jeffers ("Plaintiff") in the above-referenced matter. Plaintiff writes jointly with Defendants in this matter to respectfully request: (a) that this matter be referred to the Mediation Program of the United States District Court for the Southern District of New York for the purpose of expeditiously conducting a mediation; and (b) that the initial conference presently scheduled for November 19, 2020 at 10:30 a.m. be adjourned to a date after mediation has concluded. The parties also request a corresponding extension of time to submit pre-conference materials.

The requested adjournment is necessary because, having conferred, the parties believe this case is ripe for mediation. Adjourning the initial conference in this matter will conserve litigation and judicial resources and allow the parties to focus on reaching a mutually agreeable resolution to this matter.

The parties thank the Court for its time and attention.

Sincerely yours,

**PHILLIPS & ASSOCIATES**
**Attorneys at Law, PLLC**

_____/s/_____
Shawn R. Clark, Esq.
*Attorneys for Claimant*
45 Broadway, Suite 620

The application is GRANTED.  The initial pre-trial conference ("IPTC") scheduled for **November 19, 2020, at 10:30 A.M.** is hereby adjourned to **December 10, 2020, at 10:30 A.M.**  The parties shall call (888) 363-4749 and use Access Code 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed at that time.  Materials for the IPTC shall be filed on ECF by **December 3, 2020**.  An Order referring this matter to mediation will issue separately.

SO ORDERED.

Dated: November 4, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

New York, New York 10006
(212) 248-7431
sclark@tpglaws.com

CC: All Counsel of Record